## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AARON WARD, individually and as surviving son of JUNE TURMAN, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 5:14-cv-01213-R |
| SENTINEL SECURITY LIFE INSURNACE COMPANY; PATRICK LODER, | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiff Aaron Ward hereby dismisses the above styled action with prejudice to any future re-filing of the same.

Respectfully submitted,

/s/ *John L. Branum*
John L. Branum, OBA #12217

Of the Firm:
Branum Law Firm, PLLC
7701 S. Western Ave., Suite 205
Oklahoma City, OK 73139
Telephone: (800) 318-9950
Facsimile:  (800) 418-8210
john@branumlawfirm.com

ATTORNEYS FOR PLAINTIFF AARON WARD

## CERTIFICATE OF SERVICE

I certify that on the 13th day of November 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mitchell D. Blackburn, OBA #12217
CONNER & WINTERS, LLP
211 N. Robinson Ave., Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 272-5711
Facsimile:  (405) 232-2695
mblackburn@cwlaw.com


/s/ *John L. Branum*
John L. Branum